# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CRYSTAL VANN**                                                                                          **PLAINTIFF**

**v.**                                           **3:20-CV-00392-ERE**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 18)* is GRANTED. Accordingly, the Commissioner's decision is reversed and this case is REMANDED. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE