# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CRYSTAL VANN**  PLAINTIFF

**v.**   **3:20-CV-00392-ERE**

**KILOLO KIJAKAZI, Acting Commissioner,**
Social Security Administration  DEFENDANT

## JUDGMENT

Consistent with the order entered today, the Commissioner's decision is reversed and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE