# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CRYSTAL VANN**                                                                  **PLAINTIFF**

**VS.**                         **3:20-CV-00392-ERE**

**KILOLO KIJAKAZI, Acting**
**Commissioner, Social Security Administration**            **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Crystal Vann's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 21*. The motion is unopposed. *Doc. 23*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$3,184.67** (which includes $3,164.60 in fees and $20.07 in expenses). The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and the requested sum is reasonable.

Accordingly, Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *Doc. 21*, is GRANTED, and Plaintiff is awarded **$3,207.07** in fees and expenses under the EAJA.[1]

IT IS SO ORDERED this 27th day of December, 2021

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.